**MFS Legal, Inc.**
Neal F. Morrow III (SBN 295497)
Rene J. Dupart (SBN 289956)
Joseph D. Steward III (SBN 337385)
Michael J. Avila (SBN 337521)
5318 East 2nd Street #490
Long Beach, CA 90803
Tel: (562) 379-2654
lawclerk@calemonlawteam.com (contact)
eservice@calemonlawteam.com (documents)

Attorneys for Plaintiff
NEAL AUSTIN and STACY AUSTIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL AUSTIN and STACY AUSTIN,<br><br>Plaintiff,<br><br>vs.<br><br>THOR MOTOR COACH, INC., a corporation; ALMADEN R.V. SERVICE & REPAIRS, a business organization, form unknown; NOR CAL MOBILE RV REPAIR, a business organization, form unknown; WCAF, LLC dba WATSONVILLE FORD, a limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 3:23-cv-02439-WHO<br><br>**STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON** |

NEAL AUSTIN AND STACY AUSTIN ("Plaintiffs") and THOR MOTOR COACH, INC. ("Defendant") stipulate as follows:

1. On April 19, 2023, Plaintiffs commenced an action in the Superior Court of the State of California in and for the County of Santa Cruz, entitled NEAL AUSTIN AND STACY AUSTIN, Plaintiffs v. THOR MOTOR COACH, INC., a corporation; ALMADEN R.V. SERVICE & REPAIRS, a business organization, form unknown; NOR CAL MOBILE RV REPAIR, a business organization, form unknown; WCAF, LLC DBA WATSONVILLE

FORD, a limited liability company; and DOES 1 through 10, inclusive, Defendants as Case Number 23CV00890 (the "Action").

2. Defendant acknowledges service of the complaint on or about April 21, 2023.

3. On May 18, 2023, Defendant filed a notice of removal of the Action pursuant to U.S.C. §1441(b) with the United States District Court for the Northern District of California.

4. On that same day, Defendant completed the removal process by filing a conformed copy of the notice of removal with the Santa Cruz County Superior Court.

5. After some discussion, the parties have agreed that the Action should be remanded to the Santa Cruz County Superior Court. To that end, the Parties hereby stipulate that the Action be remanded to Santa Cruz County Superior Court.

6. The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

Dated: July 10, 2023

MFS LEGAL, INC.

By:_____
Neal F. Morrow, III
Attorney for Plaintiffs
*Neal and Stacy Austin*

Dated: July 11, 2023

BRAVO LAW GROUP, A.P.C.

By:_____
Dolores E. Gonzales
Attorney for Defendant
*Thor Motor Coach, Inc.*

# ORDER

On July 12, 2023, Plaintiffs NEAL AUSTIN and STACY AUSTIN and Defendant THOR MOTOR COACH, INC. filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;
2. Northern District of California case number 3:23-cv-02439-WHO styled NEAL AUSTIN and STACY AUSTIN, Plaintiffs, v. THOR MOTOR COACH, INC., a corporation; ALMADEN R.V. SERVICE & REPAIRS, a business organization, form unknown; NOR CAL MOBILE RV REPAIR, a business organization, form unknown; WCAF, LLC dba WATSONVILLE FORD, a limited liability company; and DOES 1 through 10, inclusive, Defendants, is hereby remanded to Santa Cruz County Superior Court.

IT IS SO ORDERED.

Dated: July 28, 2023



Hon. William H. Orrick